**Order filed October 16, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00907-CV
_____

## IN THE ESTATE OF FOREST BENNETT SMITH, DECEASED, Appellant

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 428751-401**

# O R D E R

Appellant's brief was due September 25, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 31, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM